UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:21-cv-00103-FDW

COREY GOODE,                              )
                                          )
        Plaintiff,                        )
                                          )
vs.                                       )
                                          )                    ORDER
KILOLO KIJAKAZI, Acting Commissioner      )
of Social Security,                       )
                                          )
        Defendant.                        )
_____  )

        THIS MATTER is before the Court on Plaintiff's Motion for Attorney Fees Under the

Equal Access to Justice Act, (Doc. No. 24), and Defendant's Response to Plaintiff's Motion, (Doc.

No. 26). Upon stipulation of the parties, it is hereby ORDERED that Defendant will pay Plaintiff

$4,500.00 in attorney's fees in full satisfaction of all claims arising under the Equal Access to

Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset

Program, payment will be made by check payable to Plaintiff's counsel, Derrick K. Arrowood,

and mailed to P.O. Box 58129, Raleigh, North Carolina, 27658, in accordance with Plaintiff's

assignment to his attorney of his right to payment of attorney's fees under the Equal Access to

Justice Act.

        IT IS SO ORDERED.


Signed: December 1, 2022


Frank D. Whitney
United States District Judge